**HENSEL PHELPS CONSTRUCTION CO., Appellant,**

v.

**Robert PIRIE, Secretary of the Navy, Appellee.**

No. 00–1345.

United States Court of Appeals, Federal Circuit.

April 9, 2001.

Before MAYER, Chief Judge, BRYSON, and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Danny E. LEE, Petitioner,**

v.

**DEPARTMENT OF LABOR, Respondent.**

No. 00–3276.

United States Court of Appeals, Federal Circuit.

April 9, 2001.

Before MAYER, Chief Judge, LOURIE and BRYSON, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.